IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COLUMBIA NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SILVIA A. RIVERA DOMINGUEZ and ANTONIO ROSALES, individually, as the surviving natural parents; ESTEBAN ROSALES ROMERO, as Administrator of the Estate of Marco Antonio Rosales Rivera, deceased; CARS LOADING, INC.; CARS LOADING, LLC; LINEAR SHIPPING, INC.; SYED RADI UL-HASSAN; MUJAHED ODEH; and EYAD HASAN ODEH; <br><br> Defendants. | CASE NO. CV418-078 |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of July 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA